# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JACQUELINE CLEVELAND, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00222-JRG-RSP |
| | § | |
| PITTSBURG VETERINARY CLINIC | § | |
| and ZACH STEVENSON, DVM, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Jacqueline Cleveland and Defendants Pittsburg Veterinary Clinic and Zach Stevenson, DVM. (Dkt. No. 23.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**May 25, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE